IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 10 PM 3:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER, <br><br> Plaintiff, <br><br> VS. <br><br> STEVE WATSON and WAUSAU BENEFITS, INC., <br><br> Defendants. | CASE NO. 2:05-cv-2021 |

## CONSENT ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT, WAUSAU BENEFITS, INC., ONLY AND REMAND CASE BACK TO STATE COURT WITH REGARD TO DEFENDANT, STEVE WATSON

This cause came on to be heard upon the consent of the parties, from all of which it appears to the Court as follows:

1.  That Defendant, Steve Watson, has not been served with process.

2.  That Defendant, Wausau Benefits, Inc., has settled and paid its portion of this claim with Plaintiff and, therefore, Defendant, Wausau Benefits, Inc. should be dismissed from this cause of action with prejudice.

3.  That this case should be remanded back to the state court for further proceeding against Defendant, Steve Watson, only.

ALL OF WHICH IS, THEREFORE, ORDERED, ADJUDGED AND DECREED.

S/ THOMAS ANDERSON J. Daniel Breen
United States ~~Magistrate~~ District Judge

DATE: May 10, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-11-05

12

_____
TERESA A. McCULLOUGH
Attorney for Plaintiff (17957)


William N. Ozier (by consent 5-5-05).
_____
WILLIAM N. OZIER
Attorney for Defendant, Wausau Benefits, Inc.



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02021 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

William N. Ozier
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT